**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**


| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **4:13CR00044-01 SWW** |
| | ) | |
| **WILLIAM GROBOSKI** | ) | |

**ORDER**

The defendant's motion for bond hearing (docket entry no. 13) is granted.  The hearing

will be conducted on Wednesday, May 22, 2013, at 2:00 p.m.

IT IS SO ORDERED this  13   day of May, 2013.


_____
UNITED STATES MAGISTRATE JUDGE